# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIM. ACT. NO. 1:20-cr-133-TFM |
| ) | |
| JONATHAN BEACH REDDEN, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

On January 20, 2021, the Defendant Jonathan Beach Redden, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count One of the Indictment (Doc. 1) charging violations of Title 21, United States Code, Section 846, Conspiracy to Possess with Intent to Distribute Methamphetamine.  *See* Docs. 35.  The Magistrate Judge entered a Report and Recommendation wherein he recommends the plea of guilty be accepted.  *See* Doc. 36.  No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court.  The plea of guilty of the Defendant to Count 1 of the Indictment is accepted, and the Defendant is adjudged guilty of the offenses.  The Defendant will remain out on the conditions of release set by the Magistrate Judge.

A sentencing hearing has been scheduled for **May 20, 2021, at 10:30 a.m.,** under separate Order (Doc. 18).  The Defendant is **ORDERED** to be present for said hearing.

**DONE** and **ORDERED** this the 5th day of February, 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE